Alvin NETTLES, Appellant,

v.

STATE of Missouri, Respondent.

No. 71516.

Missouri Court of Appeals,
Eastern District,
Division Four.,

Jan. 20, 1998.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Appellant, Alvin Nettles, appeals the judgment, denying, without an evidentiary hearing, his Rule 24.035 motion alleging ineffective assistance of counsel as to his probation revocation hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the motion court's ruling is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).